**FILED IN CHAMBERS**
U.S.D.C. Atlanta

JUN 0 8 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA JAMES N. HATTEN, Clerk
ATLANTA DIVISION                    By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

v.

JEAN-DANIEL PERKINS,

Defendant.

CRIMINAL CASE NO.

1:10-CR-97-01-JEC

## ORDER

The above entitled action is presently before the Court on the
Magistrate Judge's Final Report and Recommendation [129] recommending
denying defendant's Motion to Suppress Eyewitness Identification [21]
and denying as moot defendant's Motion to Suppress Evidence [19],
Motion to Suppress Statements [20], and Supplement to Motion to
Suppress Evidence [51].   Defendant filed Objections [134] to the
Report and Recommendation [129] on May 9, 2011.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate
Judge's Final Report and Recommendation [129] **DENYING** defendant's
Motion to Suppress Eyewitness Identification [21] and **DENYING AS MOOT**
defendant's Motion to Suppress Evidence [19], Motion to Suppress
Statements [20], and Supplement to Motion to Suppress Evidence [51].
The Court notes that the above defendant is set for trial on Monday,
June 20, 2011.

SO ORDERED this $\underline{\hspace{1cm}8\hspace{1cm}}$ day of JUNE, 2011.

JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

2