IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEAN-DANIEL PERKINS,

    Defendant.

CRIMINAL ACTION NO.
1:10-cr-0097-AT-1

## ORDER

Defendant Jean-Daniel Perkins was found guilty by a jury on 37 counts related to a credit card fraud scheme, including 2 counts of conspiracy to commit bank fraud, 30 counts of bank fraud, 1 count of trafficking in counterfeit access devices, 1 count of possession of counterfeit access devices, 1 count of possession of access to device-making equipment, 1 count of use of counterfeit access devices, and 1 count of aggravated identity theft (Docs. 178, 311). On February 25, 2013, the Court[1] sentenced Defendant Perkins to a total term of imprisonment of 360 months (Doc. 311).[2] Defendant filed a notice of appeal on

---

[1] Trial and sentencing in this action were held before the Honorable Julie E. Carnes, who has since been elevated to the 11th Circuit Court of Appeals. This action was reassigned to the undersigned on June 11, 2015.

[2] Although the sentencing hearing was held on February 25, 2013, the Judgment and Commitment was not signed and entered on the docket of the case until July 17, 2013.

July 29, 2013 (Doc. 314).[3] The 11th Circuit Court of Appeals ("11th Circuit") affirmed the sentence on June 1, 2015 (Doc. 345). Defendant filed a motion before the 11th Circuit seeking to recall the mandate; that motion was denied by the 11th Circuit on March 16, 2016 (Doc. 353). The Supreme Court denied Defendant's petition for certiorari on December 7, 2015 (Doc. 352).

On October 20, 2016, Robert Siegle, a "personal friend and assigned mental health companion" of Defendant filed a motion seeking leave to proceed as Defendant's next friend (Doc. 356) and a motion for appointment of counsel to represent Defendant in filing a motion to vacate, correct, or amend his sentence pursuant to 28 U.S.C. § 2255 (Doc. 357). On December 7, 2016, attorney Saraliene Smith Durrett filed a notice of appearance as retained counsel on behalf of Defendant (Doc. 358). Ms. Durrett has also filed a motion a motion to vacate, correct, or amend Defendant's sentence pursuant to 28 U.S.C. § 2255 (Doc. 359). Defendant Perkins is currently represented by counsel who has already filed a § 2255 motion on his behalf. The motions filed by Robert Seigle are accordingly hereby **DENIED**.

It is so **ORDERED** this 9th day of December, 2016.

Amy Totenberg
United States District Judge

---

[3] This notice of appeal was amended on August 7, 2013 (Doc. 319).